WRIGHT v. The Administrator of ROGERS.

APPEAL from the *Cass* Common Pleas.

GREGORY, J.—The only question made in this case is, that the evidence does not sustain the finding of the court below. We have examined the testimony, and think the finding fully sustained by it.

Judgment affirmed, with five per cent. damages and costs.

*McDonald & Roache*, for appellant.

*E. Walker*, for appellee.